OPINION — AG — ** MILITARY DEPARTMENT — FACILITIES ** THE OKLAHOMA MILITARY DEPARTMENT MAY EXPEND FUNDS TO CONSTRUCT BUILDINGS, FACILITIES AND SUPPLY AREAS ON LAND WHERE THE STATE ONLY HAS A LICENSE TO USE THE AREA FROM THE FEDERAL GOVERNMENT FOR NATIONAL DEFENSE PURPOSE. (FEDERAL PROPERTY, STATE USE THEREOF) CITE:28 U.S.C.A. 1346(A)(2), ARTICLE V, SECTION 40, ARTICLE X, SECTION 15 (GIFT, DONATION, NATIONAL GUARD, EXPENDITURE OF FUNDS) (SUSAN TALBOT)